

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA),<br><br>    Debtor.<br><br>Tax I.D. No. 86-0834755 | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11 |
| In re:<br><br>ECOTALITY, INC.,<br><br>    Debtor.<br><br>Tax I.D. No. 68-0515422 | Case No. 2:13-BK-16127 (___)<br><br>Chapter 11<br><br>**ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES** |
| In re:<br><br>ECOTALITY STORES, INC.,<br><br>    Debtor.<br><br>Tax I.D. No. 26-0602643 | Case No. 2:13-BK-16128 (GBN)<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>ETEC NORTH, LLC,<br>    Debtor.<br><br><br>Tax I.D. No. | Case No. 2:13-BK-16129 (___)<br><br>Chapter 11 |
| In re:<br><br>THE CLARITY GROUP, INC.,<br>    Debtor.<br><br><br>Tax I.D. No. 86-0718832 | Case No. 2:13-BK-16130 (SSC)<br><br>Chapter 11 |
| In re:<br><br>G.H.V. REFRIGERATION, INC.,<br>    Debtor.<br><br><br>Tax I.D. No. 95-3994512 | Case No. 2:13-BK-16131 (___)<br><br>Chapter 11 |

Upon the motion (the "*Motion*") of the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") seeking entry of an order (this "*Order*") directing joint administration of these chapter 11 cases, all as more fully set forth in the Motion;[1] and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court

---

[1] All terms used but not defined herein shall have the meaning ascribed to them in the Motion and the First Day Declaration, as applicable.

having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein; and this Court having determined that the legal and factual bases set forth in the record establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is granted to the extent provided herein.

2. The bankruptcy proceedings of the following entities are jointly administered by the Court:
   a. ELECTRIC TRANSPORTATION ENGINEERING CORPORATION
   b. ECOTALITY, INC.
   c. ECOTALITY STORES, INC.
   d. ETEC NORTH, LLC
   e. THE CLARITY GROUP, INC.
   f. G.H.V. REFRIGERATION, INC.

3. Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(b), each of the above-captioned chapter 11 cases is consolidated for procedural purposes only and shall be jointly administered by the Court under Electric Transportation Engineering Corporation, Case No. 2:13-BK-16126 (RJH).

4. The above-captioned chapter 11 cases shall be transferred and assigned to facilitate the joint administration of these cases before the same judge.

5. A docket entry shall be made on the docket for the other chapter 11 cases reflecting the joint administration of these cases.

6. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned chapter 11 cases.

7. The caption of the Debtors' jointly administered cases shall read as follows:

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.,*[*]<br><br>    Debtors. | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**[MOTION TITLE]**<br><br>Hearing Date: _____, 2013<br>Time: _____ |
| This filing applies to:<br><br>■ All Debtors<br><br>☐ Specified Debtors | |

    \* The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc's corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

    8.    The requirements under Bankruptcy Code section 342(c)(1) and Bankruptcy Rules 1005 and 2002 that the case caption in pleadings and notices include certain identifying information about the Debtors are waived, and the caption set forth herein, including the footnote listing the Debtors in these chapter 11 cases, the last four numbers of their respective Employer Identification Numbers and the address of ECOtality, Inc.'s corporate headquarters, is approved.

    9.    The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

** DATED AND SIGNED ABOVE **