Katherine Anderson Sanchez (#30051)
ksanchez@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Facsimile: (602) 285-5100
*Attorneys for Carolyn Johnsen, Trustee of ECOtality Consolidated Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ECOtality, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:13-bk-16127-MCW<br><br>**NOTICE OF INTENT TO DESTROY DOCUMENTS** |

Carolyn J. Johnsen, the trustee of the ECOtality Consolidated Liquidating Trust (the "Liquidating Trustee"), by and through undersigned counsel, hereby gives notice of her intent to destroy documents, no earlier than November 18, 2016, if no objection to this Notice is received by the Liquidating Trustee and filed with the Court. The documents to be destroyed may include, among other things, accounting records of Electric Transportation Engineering Corporation (d/b/a ECOtality North America), ECOtality, Inc., ECOtality Stores, Inc., ETEC North, LLC, The Clarity Group, Inc., G.H.V. Refrigeration, Inc. (the "Debtors"), 401k records of the Debtors, and other legal and business records of the Debtors. The description of the documents contained herein is for illustrative purposes only and is not meant to be a complete description of all documents to

-1-

be destroyed.  The Liquidating Trustee encourages any party with a potential interest in the documents to contact her to review the documents.

**DATED** this 17th day of October, 2016.

**DICKINSON WRIGHT PLLC**

By: */s/ Katherine Anderson Sanchez*
Katherine Anderson Sanchez
*Attorneys for Carolyn Johnsen
Trustee of ECOtality Consolidated
Liquidating Trust*

**COPY** of the foregoing via mail/e-mail
as indicted this 17th day of October to:

| | | |
|---|---|---|
| ECOtality, Inc.<br>Attn: Susie Hermann<br>P.O. Box 20336<br>Phoenix, AZ 85036-0336<br>*Reorganized Debtor* | Schafer and Weiner, PLLC<br>Attn: Michael E. Baum<br>40950 Woodward Avenue, Suite 100<br>Bloomfield Hills, Michigan 48304<br>*Attorneys for the Plan Contributor* | Car Charging Group, Inc.<br>Attn: Amy K. Maliza<br>1691 Michigan Avenue, Suite 601<br>Miami Beach, Florida 33139<br>*Plan Contributor* |
| Jared G. Parker<br>PARKER SCHWARTZ, PLLC<br>7310 N 16th Street, Suite 330<br>Phoenix, AZ 85020<br>jparker@psazlaw.com<br>*Attorneys for Debtors and Debtors In Possession* | Charles R. Gibbs<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1700 Pacific Avenue<br>Dallas, TX 75201<br>cgibbs@akingump.com<br>*Attorneys for Debtors and Debtors In Possession* | David P. Simonds<br>Arun Kurichety<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>dsimonds@akingump.com<br>akurichety@akingump.com<br>*Attorneys for Debtors and Debtors In Possession* |
| Evan Jon Gershbein<br>KURTZMAN CARSON CONSULTANTS<br>2335 Alaska Avenue<br>El Segundo, CA 90245<br>ecfpleadings@kccllc.com<br>*Attorneys for Kurtzman Carson Consultant* | Elizabeth C. Amorosi<br>Edward K. Bernatavicius<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. 1ST Avenue, Suite 204<br>Phoenix, AZ 85003<br>elizabeth.c.amorosi@usdoj.gov<br>edward.k.bernatavicius@usdoj.gov<br>*Attorney for U.S. Trustee* | Ronald Eric Gold<br>FROST BROWN TODD LLC<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH 45202<br>rgold@fbtlaw.com<br>*Attorneys for Macy's West Stores, Inc.* |
| John A. Harris<br>Brian Sirower<br>QUARLES & BRADY LLP<br>One Renaissance Square<br>Two N. Central Avenue<br>Phoenix, AZ 85004-2391 | Michael R. Paslay, Esq.<br>Robert P. Sweeter, Esq.<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 | Ronald Eric Gold<br>FROST BROWN TODD LLC<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH 45202<br>rgold@fbtlaw.com |

| | | |
|---|---|---|
| john.harris@quarles.com<br>brian.sirower@quarles.com<br>*Attorneys for Nissan North America* | mike.pasley@wallerlaw.com<br>rob.sweeter@wallerlaw.com<br>*Attorneys for Nissan North America* | *Attorneys for Macy's West Stores, Inc.* |
| John A. Harris<br>Brian Sirower<br>QUARLES & BRADY LLP<br>One Renaissance Square<br>Two N. Central Avenue<br>Phoenix, AZ 85004-2391<br>john.harris@quarles.com<br>brian.sirower@quarles.com<br>*Attorneys for Nissan North America* | Michael R. Paslay, Esq.<br>Robert P. Sweeter, Esq.<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>mike.pasley@wallerlaw.com<br>rob.sweeter@wallerlaw.com<br>*Attorneys for Nissan North America* | John D. Parker, II<br>PARKER LAW FIRM, PLC<br>141 E. Palm Lane, Suite 111<br>Phoenix, AZ 85004<br>jparker@ptlaw.ne t<br>*Attorneys for GMA Manufacturing, LLC* |
| Victor Weitao Zhao<br>US DEPARTMENT OF JUSTICE<br>1100 L Street, N.W., Rm 10044<br>Washington, DC 20005<br>victor.w.zhao@usdoj.gov<br>*Attorneys for United States* | Hoyt S. Neal<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP<br>6909 E. Greenway Parkway, Ste 200<br>Scottsdale, AZ 85254<br>hsn@manningllp.com<br>*Attorneys for Broadway Electric Service Corp.* | William Novotny<br>DICKINSON WRIGHT PLLC<br>1850 N. Central Avenue, Suite 1400<br>Phoenix, AZ 85004-4568<br>wnovotny@dickinsonwright.com<br>*Attorneys for Murray Jones* |
| Shelton L. Freeman<br>FREEMAN LAW PLLC<br>6909 East Main Street<br>Scottsdale, AZ 85251<br>tfreeman@flfaz.com<br>*Attorneys for ChargePoint, Inc.* | Alysse M. Medina<br>MAY POTENZA BARAN & GILLESPIE, PC<br>201 N. Central Avenue, 22nd Floor<br>Phoenix, AZ 85004-0608<br>amedina@maypotenza.com<br>*Attorneys for Energy Source Partners, LLC* | J. Henk Taylor<br>LEWIS ROCA ROTHGERBER LLP<br>40 N. Central Avenue, Suite 1400<br>Phoenix, AZ 85004perk<br>htaylor@lrrlaw.com<br>*Attorneys for Kroger Co., Kroger Texas, L.P., Fred Meyer Co., & Macy's West Stores,Inc.* |
| Rob Charles<br>LEWIS ROCA ROTHGERBER LLP<br>1 South Church Avenue, Ste 700<br>Tucson, AZ 85701-1611<br>rcharles@lrrlaw.com<br>*Attorneys for Kroger Co., Kroger Texas, L.P., Fred Meyer Co., & Macy's West Stores, Inc.* | Andy S. Kong<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>andy.kong@arentfox.com<br>*Attorneys for LA Live Properties, LLC* | Howard C. Meyers<br>BURCH & CRACCHIOLO, P.A.<br>702 E. Osborn, Suite200<br>Phoenix, AZ 85014<br>hmeyers@bcattorneys.com<br>*Attorneys for LA Live Properties, LLC* |
| David L. Knapper<br>LAW OFFICES OF DAVID L. KNAPPER<br>1599 E. Orangewood Ave. Suite 125<br>Phoenix, AZ 85020-5159<br>david.knapper@azbor.org<br>*Attorneys for Railroad Properties, LLC* | Hilary L. Barnes<br>ALLEN MAGUIRE & BARNES, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004<br>hbarnes@ambazlaw.com<br>*Attorneys for Logicalis, Inc.* | Maria Ann Milano<br>RIDDELL WILLIAMSPS<br>1001 4th Avenue Plaza, Suite 4500<br>Seattle, WA 98154<br>mmilano@riddellwilliams.com<br>*Attorneys for Microsoft Corporation and Microsoft Licensing GP* |

| Jamin S. Neil<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>jneil@piteduncan.com<br>*Attorneys for Nissan Motor Acceptance Corporation* | Danielle Gensch<br>NOSSAMAN LLP<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, CA 90017<br>dgensch@nossaman.com<br>*Attorneys for SC Lake Washington Park, Inc.* | William J. Barrett<br>BARACK FERRAZZANO KIRSCHBAUM ET AL.<br>200 W. Madison Street, Suite 3900<br>Chicago, IL 60606<br>william.barrett@bfkn.com<br>*Attorneys for Sears Holding Management Corporation* |
|---|---|---|
| William J. Barrett<br>BARACK FERRAZZANO KIRSCHBAUM ET AL.<br>200 W. Madison Street, Suite 3900<br>Chicago, IL 60606<br>william.barrett@bfkn.com<br>*Attorneys for Sears Holding Management Corporation* | Gill Robert Geldreich<br>TENNESSEE ATTORNEY GENERAL'S OFFICE<br>P.O. Box 20207<br>Nashville, TN 37202<br>agbankcal@ag.tn.gov<br>*Attorneys for Tennessee Department of Revenue* | John P. Dillman<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@lgbs.com<br>*Attorneys for Taxing Authorities for Cypress-Fairbanks ISD, Harris County* |
| Eric J. Lorenzini<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>2049 Century Park East, Suite 2700<br>Los Angeles, CA 90067-3202<br>elorenzini@elkinskalt.com<br>*Attorneys for LIT Industrial Limited Partnership* | Dean M. Dinner, Esq.<br>NUSSBAUM GILLIS & DINNER, P.C.<br>14850 N. Scottsdale Road, Suite 450<br>Scottsdale, AZ 85254<br>ddinner@ngdlaw.com<br>*Attorneys for Global LearnNet Ltd.* | Kasey Nye<br>MESCH CLARK & ROTHSCHILD PC<br>259 N. Meyer Avenue<br>Tucson, AZ 85701<br>knye@mcrazlaw.com<br>*Attorneys for Morrow Meadows, Inc. dba Cherry City Electric* |
| Board of Regents for the University of Nebraska<br>Attn: Jeanne Wicks, Director<br>Office of Sponsored Programs<br>UNLOSP, Alex West<br>312 N. 14th Street<br>Lincoln, NE 68588<br>jwicks@unl.edu<br>*Committee of Unsecured Creditors* | Fuel Cell Earth LLC<br>Attn: Ennio Verderese<br>1 Melvin Street, Unit C<br>Weakefield, MA 01880<br>sales@fuelcellearth.com | GMA Manufacturing LLC<br>Attn: Gary Abramczyk,<br>Vice President<br>2075 E. 5th Street<br>Tempe, AZ 85281<br>info@gma-mfg.com<br>*Committee of Unsecured Creditors* |
| Hannah Solar and/or Worry Free Energy, LLC<br>Dba Worry Free Power<br>Attn: Peter H. Marte, CEO<br>2135 Defoor Hills Road, Suite M<br>Atlanta, GA 30318<br>petemarte@hannahsolar.com<br>*Committee of Unsecured Creditors* | Kortman Electric, Inc.<br>Attn: Karl Kortman<br>2416 S. 17th Place<br>Phoenix, AZ 85034<br>karl@kortmaninc.com<br>*Committee of Unsecured Creditors* | Saturn Electric Inc.<br>Attn: Timothy A. DUdek<br>7552 Trade Street<br>San Diego, CA 92121<br>tim@saturnelectric.com<br>*Committee of Unsecured Creditors* |
| Securities and Exchange Commission<br>Attn: General Counsel<br>100 F Street N.E.<br>Washington, DC 20549<br>secbankruptcy@sec.gov | Securities and Exchange Commission<br>Los Angeles Regional Office<br>5670 Wilshire Boulevard, Suite 1100<br>Los Angeles, CA 90036<br>moyeds@sec.gov | Counsel to the Regents of the University of CA<br>Eric K. Behrens<br>Office of the General Counsel<br>1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200 |

| | | |
|---|---|---|
| | | eric.behrens@ucop.edu |
| TW Telecom, Inc.<br>Attn: Linda Boyle<br>10475 Park Meadows Drive, Suite 400<br>Littleton, CO 80124<br>linda.boyle@twtelecom.com | United States Department of Energy<br>Victor W. Zhao, Civil Division<br>1100 L Street N.W., Room 10044<br>Washington, DC 20005<br>victor.w.zhao@usdoj.gov | Dennis W. Loughlin<br>WARNER NORCROSS & JUDD LLP<br>200 Town Center, Suite 2700<br>Southfield, MI 48075-1318<br>dloughlin@wnj.com<br>*Attorneys for Logicalis, Inc.* |
| Michael R. Bell<br>MICHIGAN ATTORNEY GENERAL'S OFFICE<br>P.O. Box 30754<br>Lansing, MI 48909<br>bellm1@michigan.gov<br>*Attorneys for State of Michigan, Department of Treasury* | Eric S. Goldstein<br>SHIPMAN & GOODWIN LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com<br>*Attorneys for United Healthcare Insurance Company* | Jeffrey A. Pollak<br>MANN ORLANSKY & POLLAK<br>1901 First Avenue, Suite 405<br>San Diego, CA 92101<br>jeff@moplegal.com<br>*Attorneys for Sullivan Solar Power of California, Inc.* |
| Janel M. Glynn<br>GALLAGHER & KENNEDY, P.A.<br>2575 East Camelback Road<br>Phoenix, AZ 85016<br>janel.glynn@gknet.com<br>*Attorneys for BMO Harris Bank, N.A.* | John W. Kim<br>NOSSAMAN LLP<br>777 S. Figueroa St., 34th Flr<br>Los Angeles, CA 90017<br>jkim@nossaman.com | Douglas R. Palh, Esq.<br>PERKINS COIE LLP<br>1120 N.W. Couch St., 10th Flr<br>Portland, OR 97209<br>dpalh@perkinscoie.com |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Attorney's Office for the District of AZ<br>Attn: John S. Leonardo<br>Two Renaissance Square<br>40 Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4408 |
| United States Department of Energy<br>1000 Independence Avenue S.W.<br>Washington, DC 20585 | United States Department of Labor<br>200 Constitution Avenue N.W.<br>Washington, DC 20210 | |

*/s/ Pamela Sabori*

PHOENIX 64789-1 330134v1